PROB 12C
(6/16)

Report Date: February 12, 2021

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 22, 2021

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Lori A. Gonzalez | Case Number: 0980 2:10CR00072-FVS-4 |
| Address of Offender: | Washington 99301 |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge

Date of Original Sentence: April 22, 2011

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1), and (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 135 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot | Date Supervision Commenced: July 24, 2020 |
| Defense Attorney: | To be determined | Date Supervision Expires: July 23, 2025 |

### PETITIONING THE COURT

To issue a summons.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Special Condition #18**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay.  You shall allow full reciprocal disclosure between the supervising officer and treatment provider.<br><br>**Supporting Evidence**: Ms. Gonzalez is considered to be in violation of her conditions of supervised release by being unsuccessfully discharged from substance abuse treatment on December 31, 2020.<br><br>Ms. Gonzalez commenced supervised release on July 24, 2020. Her conditions of supervision were reviewed with her, by telephone, on July 29, 2020. She indicated she understood her conditions of supervised release, specifically special condition number 18, as noted above.<br><br>Ms. Gonzalez completed an assessment at Merit Resource Services (Merit) on August 24, 2020. The assessment recommended entry into and completion of an intensive outpatient treatment program. Ms. Gonzalez began intensive outpatient services on September 21, |

Prob12C
Re: Gonzalez, Lori A.
February 12, 2021
Page 2

2020. Ms. Gonzalez missed treatment sessions on November 19 and 23, 2020, due to being ill. Ms. Gonzalez attended a treatment session for approximately 15 minutes on December 2, 2020, and was in full attendance on December 3, 2020. Ms. Gonzalez was not present for treatment on December 4, 2020, attended for 15 minutes on December 11, 2020, but was considered by Merit not present. She missed the remaining treatment session on December 24, 2020. Merit closed her file on December 31, 2020, advising it does not appear Ms. Gonzalez is interested in continuing services with Merit.

2     **Special Condition #19**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Ms. Gonzalez is considered to be in violation of her conditions of supervised release by failing to report for random urinalysis (UA) testing at Merit on December 10 and 24, 2020, January 7 and 20, 2021, and February 3 and 8, 2021.

Ms. Gonzalez commenced supervised release on July 24, 2020. Her conditions of supervision were reviewed with her by telephone on July 29, 2020. She indicated she understood her conditions of supervised release, specifically special condition number 19, as noted above.

Ms. Gonzalez was referred to Merit to participate in the UA telephone color line on November 10, 2020. Ms. Gonzalez was directed to contact Merit's UA telephone number Monday through Friday weekly, and to report to their office when the color gold was called.

Ms. Gonzalez missed her first two UA tests, reporting an illness. Due to the COVID-19 pandemic, she was excused from these tests. On December 15, 2020, Ms. Gonzalez stated she missed her UA test on December 10, 2020, as she was having issues with attending treatment with Merit and figured she was already in trouble so she stopped calling. Ms. Gonzalez was directed to resume calling Merit's UA testing line immediately.

Ms. Gonzalez has since missed UA tests on December 24, 2020, January 7 and 20, 2021, and February 3 and 8, 2021. She reports not wanting to leave the house as she is scared of the pandemic and citing mental health concerns. She has been directed to attend UA tests per the color line at Merit by the undersigned officer; however, her behavior indicates she does not want to follow these directions.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the defendant to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    February 12, 2021

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C
**Re: Gonzalez, Lori A.**
**February 12, 2021**
**Page 3**

---

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_____February 22, 2021_____
Date