PROB 12C
(6/16)

Report Date: May 17, 2022

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 17, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Lori A Gonzalez | Case Number: 0980 2:10CR00072-RMP-4 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Pasco, Washington 99301 | |

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rosanna Malouf Peterson, Senior U.S. District Judge

Date of Original Sentence: April 22, 2011

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 50 Grams or More of Actual Methamphetamine, 21 U.S.C. §§ 846, 841(a)(1) and (b)(1)(A)(viii) | |
| Original Sentence: | Prison - 135 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Caitlin A. Baunsgard | Date Supervision Commenced: July 24, 2020 |
| Defense Attorney: | John Stephen Roberts, Jr. | Date Supervision Expires: July 23, 2025 |

### PETITIONING THE COURT

To issue a warrant.

On July 29, 2020, supervised release conditions were reviewed over the telephone with Lori A. Gonzalez. Ms. Gonzalez verbally acknowledged an understanding of her conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Standard Condition #3**: The defendant shall answer truthfully all inquiries by the probation office and follow the instructions of the probation officer.<br><br>**Supporting Evidence**: Ms. Gonzalez is considered to be in violation of her conditions of release by failing to report as directed by telephone since April 22, 2022.<br><br>Ms. Gonzalez last had contact with the undersigned by telephone on April 5, 2022. She reported having issues with trying to find a home to live in and was looking for a place in Othello, Washington. She was directed to maintain weekly telephone contact with the undersigned and to report on her living situation.<br><br>Ms. Gonzalez left voicemail messages on April 17 and 22, 2022. She reported having rented a room at a motel, but did not provide an address or any information as to where she was staying other than in Othello. Attempts to contact Ms. Gonzalez at her provided telephone |

Prob12C
Re: Gonzalez, Lori A
May 17, 2022
Page 2

        number have been unsuccessful. The last attempt was through a telephone call and text message on May 16, 2022, instructing Ms. Gonzalez to contact the undersigned by 12 p.m. Ms. Gonzalez has failed to contact the undersigned as directed and her whereabouts is currently unknown.

2        **Special Condition #16**: You shall complete a mental health evaluation and follow any treatment recommendations of the evaluating professional which do not require forced or psychotropic medication and/or inpatient confinement, absent further order of the court. You must allow reciprocal release of information between the supervising officer and treatment provider. You must contribute to the cost of treatment according to your ability to pay.

        **Supporting Evidence**: Ms. Gonzalez is considered to be in violation of her conditions of supervised release by failing to attend mental health treatment since March 22, 2022.

        A mental health assessment was completed at Riverview Counseling and Consulting (Riverview) on February 5, 2021. It was recommended Ms. Gonzalez attend weekly counseling sessions to address her issues with severe anxiety and personality functioning.

        Contact with Riverview Counseling on April 5, 2022, revealed Ms. Gonzalez had not been present for the previous two weekly sessions by telephone. Riverview Counseling was aware of the struggles Ms. Gonzalez was having with her living predicament and were willing to consider Ms. Gonzalez to be in compliance even through she had been absent from counseling since March 22, 2022.

        Riverview Counseling was again contacted on May 16, 2022. They indicated they have not had contact with Ms. Gonzalez since March 22, 2022.

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    May 17, 2022

s/Daniel M. Manning

Daniel M. Manning
U.S. Probation Officer

Prob12C
Re: Gonzalez, Lori A
May 17, 2022
Page 3

THE COURT ORDERS

[ ] No Action
[x] The Issuance of a Warrant
[ ] The Issuance of a Summons
[ ] Other

*Rosanna Malouf Peterson*

Signature of Judicial Officer

5/17/2022

Date