PROB 12C
(6/16)

Report Date: February 18, 2026

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision    ECF No. 592

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 19, 2026

SEAN F. McAVOY, CLERK

Name of Offender: Lori A Gonzalez        Case Number: 0980 2:10CR00072-RLP-4

Address of Offender: ███████████████████ Spokane, WA

Name of Sentencing Judicial Officer:  The Honorable Fred Van Sickle, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Rebecca L. Pennell, U.S. District Judge

Date of Original Sentence: April 22, 2011

Original Offense:        Conspiracy to Distribute 50 Grams or More of Actual Methamphetamine,
                         21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii) and 846

Original Sentence:       Prison - 135 months;        Type of Supervision: Supervised Release
                         TSR - 60 months

Revocation Sentence:     Prison - 60 days;
(12/13/2022)             TSR - 58 months

Asst. U.S. Attorney:     Caitlin A. Baunsgard        Date Supervision Commenced:  January 27, 2023

Defense Attorney:        Lorinda Meier Youngcourt     Date Supervision Expires:  November 26, 2027

---

### PETITIONING THE COURT

To incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court on May 2, and September 5, 2025.

On February 6, and 10, 2023, supervised release conditions were reviewed with Lori A. Gonzalez. She verbally acknowledged an understanding of her conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number        Nature of Noncompliance

7        **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

         **Supporting Evidence**: Lori Gonzales is considered in violation of her term of supervised release by committing the offense of making a false or misleading statement to a public servant, on or about January 17, 2026.

         According to Warden Police Department incident report, on or about January 17, 2026, an officer was dispatched to 909 S. Washington Avenue in Warden, Washington, in reference to an abandoned vehicle tied to this residence.  While at the location, the officer observed

Prob12C
**Re: Gonzalez, Lori A**
**February 18, 2026**
**Page 2**

a gold colored Ford Ranger with a license plate that was filthy and obscured with dirt, while the tailgate and truck were clean. The officer had dispatch run a registration check for the plate, which revealed the truck was reported stolen from Othello, Washington.

Contact was made with the homeowner, SD, as he approached the house. He was advised of the original call for the abandoned car, which SD said he was working on getting it moved as it had run out of gas. He was questioned about the gold Ford Ranger and initially said a female friend named Maribel had left it there. He was advised the truck was reported stolen. At that same time, a female's voice could be heard inside the house. The officer questioned SD about whose voice that was inside the house. SD denied there was anyone inside, and he denied hearing a voice.

The officer knocked on the door and a female, who was on a cell phone, answered the door. The female said she was on the phone with the owner of the house, FDD. The officer asked for her name, and she said "Lala," but would not provide her full name. She was questioned about the truck, and she said it belonged to her friend, Ignacio. She was again asked for her full name and stated she did not have to provide it as 'no crime was being committed." She was advised the truck was reported stolen, and she shut the door. During the investigation, it was later revealed she was Ms. Gonzalez.

A second officer arrived at the scene to assist. A short time later, FDD also arrived at the residence. He was questioned about the truck, and he said it belonged to his brother's girlfriend, Lala. FDD stated Lala brought the truck there, had been driving it around town, and she even drove him around in it. He provided a written statement, "I see her driving in town in the gold truck. Lala is the female driver."

During the investigation, the Othello Police Department confirmed the owner of the truck was contacted and advised he worked for a local church and a female named "Lala," from the "unsheltered" population around Othello approached and asked if she could use a vehicle to go wash clothes. The truck owner lent her his gold Ford Ranger and told her she could use it for the day and had to return it. She never returned it, he had no idea where his truck was or how to get in touch with the female, and reported it stolen. It had been a month since she took it.

SD attempted to have Ms. Gonzalez exit the house, but she refused. SD initially refused to grant the officers access to the house without a search warrant. SD was detained pending the warrant approval, as one officer would have to leave the scene to write up and request a search warrant. SD changed his mind and stated he was not going to be arrested for her, and he granted the officers permission to enter the house only to detain her. SD was released and he again confirmed granting permission to enter the house.

The officers opened the front door, announced themselves, and observed the defendant standing in the hallway talking on the phone. She was asked to come out of the house and she stated she did not need to, and no one was going to touch her as they were not holy and were males. The officers advised her she was under arrest and needed to come out. She continued to refuse and stated no crime was committed, and she had the owner of the truck on the phone.

Prob12C
**Re: Gonzalez, Lori A**
**February 18, 2026**
**Page 3**

The officer grabbed her hands and put them behind her back to handcuff. While doing so, the officer removed a rosary that she had wrapped around her wrist. Ms. Gonzalez began yelling that the officer could not remove the rosary as it was a religious item. The rosary was removed in order to place the handcuffs on her. While she was being pat searched, she kept stating not to search her because they were men. An officer removed a knitted cowl from her and she stated not to remove it as it was her hijab and used for religious purposes.

Once Ms. Gonzalez was detained, she was transported to the Grant County Jail. While at the jail, she was initially booked in as Jane Doe, and then identified as the defendant. She was found to have an outstanding misdemeanor warrant from Adams County, and a federal warrant.

Ms. Gonzalez was arrested for Making a False or Misleading Statement to a Public Servant, a violation of Revised Code of Washington (RCW) 9A.76.175; Obstructing a Law Enforcement Officer, a violation of RCW 9A.76.020; and Possession of a Stolen Vehicle, a violation of RCW 9A.56.068. Charges were forwarded to the prosecuting attorney's office and are pending to be filed.

8        **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Lori Gonzales is considered in violation of her term of supervised release by the offense of obstructing law a enforcement officer, on or about January 17, 2026.

Please refer to the supporting evidence information in violation #7.

9        **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime.

**Supporting Evidence**: Lori Gonzales is considered in violation of her term of supervised release by the offense of possession of a stolen vehicle, on or about January 17, 2026.

Please refer to the supporting evidence information in violation #7.

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    02/18/2026

s/SanJuanita B. Coronado

SanJuanita B. Coronado
Supervisory U.S. Probation Officer

Prob12C

**Re: Gonzalez, Lori A**
**February 18, 2026**
**Page 4**

## THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[x]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[x]  Defendant to appear before the Magistrate Judge.
[ ]  Other

_____
Signature of Judicial Officer

_____February 19, 2026_____
Date